CLERK=S OFFICE
CO-932
UNITED STATES DISTRICT COURT
Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk=s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff , defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(e=s) below.]

[ ]    (a)    relates to common property

[X]    (b)    involves common issues of fact

[ ]    (c)    grows out of the same event or transaction

[ ]    (d)    involves the validity or infringement of the same patent

[ ]    (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [ ]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
      UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E=S).  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

ALEXANDRA MANDEL, ET. AL    v.    LAST BRAND, INC. D/B/A QUINCE    C.A. No.  3:25-CV-09780

April 3, 2026    /s/ Patrick J. Curran Jr.
DATE    Signature of Plaintiff /Defendant (or counsel)

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2026, I caused the foregoing **Defendant's**

**Notice of Designation of Related Civil Cases Pending in this or any other United States**

**Court – Alexandra Mandel, et al. v. Last Brand , Inc. d/b/a Quince** to be served via the

court's CM/ECF system upon the Clerk of the Court and via First Class mail, postage prepaid,

upon the following persons:

Katherine Aizpuru (D.C. Bar No. 1022814)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, D.C. 20006
Tel.: (202) 973-0900
Fax: (202) 973-0950
kaizpuru@tzlegal.com

Lavanya Prabhakar
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel.: (510) 254-6808
Fax: (202) 973-0950
lprabhakar@tzlegal.com

Jennifer Czeisler
Edward W. Ciolko
Arturo Peña
**STERLINGTON PLLC**
530 Fifth Avenue, Suite #804
New York, NY 10036
Tel.: (212) 433 2993
jen.czeisler@sterlingtonlaw.com
edward.ciolko@sterlingtonlaw.com
arturo.pena@sterlingtonlaw.com

_____
Anna Jimenez