UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSA ANDREWS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LAST BRAND, INC.,<br><br>        Defendant. | Case No.  26-cv-04102-SK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Regarding Docket No. 15 |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Edward M. Chen to consider whether *Andrews et al v. Last Brand, Inc.*, No. 26-cv-04102-SK is related to *In re Last Brand, Inc. d/b/a Quince Pricing Litig.*, No. 25-cv-09780-EMC.

**IT IS SO ORDERED**.

Dated: June 15, 2026



_____
SALLIE KIM
United States Magistrate Judge